76 So.2d 860

**Ex parte Sam J. EVANS.**

**8 Div. 792.**

Supreme Court of Alabama.

Dec. 14, 1954.

Russell W. Lynne, Decatur, for respondent.

PER CURIAM.

Petition denied.

LIVINGSTON, C. J., and SIMPSON, GOODWYN and MAYFIELD, JJ., concur.

80 So.2d 315

**Floyd CHANCELLOR**

**v.**

**STATE.**

**4 Div. 820.**

Supreme Court of Alabama.

March 10, 1954.

Rehearing Denied May 19, 1955.

E. C. Boswell, Geneva, for petitioner.

John Patterson, Atty. Gen., Robert Straub, Asst. Atty. Gen., and Owen Bridges, Montgomery, of Counsel, opposed.

LIVINGSTON, Chief Justice.

Petition of Floyd Chancellor for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Chancellor v. State, 80 So.2d 313.

Writ denied.

LAWSON, STAKELY and MERRILL, JJ., concur.

77 So.2d 922

**John T. DABBS, Sr.**

**v.**

**STATE.**

**7 Div. 254.**

Supreme Court of Alabama.

Aug. 30, 1954.

Rehearing Denied Jan. 20, 1955.

Roy D. McCord, Gadsden, for petitioner.

Si Garrett, Atty. Gen., opposed.

SIMPSON, Justice.

Petition of John T. Dabbs for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Dabbs v. State, 77 So.2d 922.

Writ denied.

GOODWYN, MERRILL and CLAYTON, JJ., concur.